**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-03003-LTB-NYW

ALISA AIRD,

       Plaintiff,

v.

LOWE'S HIW, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     The Joint Motion to Stay Pending Mediation (Doc 36 - filed October 12, 2015) is **GRANTED**. The parties are directed to file status reports every 30 days regarding the mediation.


Dated:   October 13, 2015
_____