**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  14-cv-03003-LTB-NYW

ALISA AIRD,

       Plaintiff,

v.

LOWE'S HOME CENTERS, LLC, f/k/a Lowe's HIW, Inc.,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 38 - filed December 1, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

  s/Lewis T. Babcock      
Lewis T. Babcock, Judge

DATED:   December 2, 2015